

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | Nos. A-12-CR-102-SS |
| | § | Nos. A-12-CR-104-SS |
| | § | Nos. A-12-CR-105-SS |
| MOHAMMED ALI YASSINE | § | |

## STIPULATION

Now come the parties in the above-named and numbered case and hereby stipulate and agree for all purposes that the correct name of Mohammed Ali Yassine is Steve Austin Yassine. The parties further stipulate and agree that his name was Mohammed Ali Yassine but was legally changed to Steve Austin Yassine on December 5, 2006 by Order of the 200th Judicial District Court of Travis County, Texas. The parties further stipulate and agree that he will be referred to as Steve Austin Yassine but that he may if necessary be referred to as Steve Austin Yassine formerly known as Mohammed Ali Yassine. The parties agree the record may be corrected to indicate the defendant's true name of Steve Austin Yassine. The United States agrees to instruct its witnesses to refer to him as Steve Austin Yassine.

The above stipulation is signed and agreed to by the United States and Steve Austin Yassine as indicated below.

Respectfully submitted,

*[signature]*

STEPHEN M. ORR
ORR & OLAVSON, P.C.
804 Rio Grande Street
Austin, Texas 78701
(512) 472-8392
FAX 473-8417
Texas Bar No. 15317000

9-27-12
Date

*[signature]*

GREGG SOFER
Assistant United States Attorney
Assistant U.S. Attorney
New York State Bar No. 106209
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Office (512) 916-5858
Fax (512) 916-5854

10/1/12
Date

*[signature]*

Steve Austin Yassine

9-27-12
Date